# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAUNTE KNAPP, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | No.  1:14-CV-3189-FVS <br><br> JUDGMENT IN A <br> CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: October 28, 2015

                                             SEAN F. McAVOY
                                             Clerk of Court

                                             By:  *s/Shelly Koegler*
                                                   Deputy Clerk